UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRYWAN KING,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case No.  1:23-cv-00351-SAB<br><br>ORDER DENYING STIPULATION FOR AWARD AND PAYMENT OF ATTORNEYS FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (28 U.S.C. §2412(d))<br><br>(ECF No. 21) |

　　　On May 21, 2024, a stipulation was filed for the award of attorney fees in this action. While the document contains the correct title and case number, the document itself is a stipulation for attorney fees for Rogelio Manzano, Jr., not Krywan King who is the plaintiff in this action. Accordingly, the stipulation is HEREBY DENIED WITHOUT PREJUDICE.  Plaintiff shall REFILE the stipulation naming the correct plaintiff.

IT IS SO ORDERED.

Dated:  **May 21, 2024**　　　　　　　　　　　　／s／ _____

　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE