UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRYWAN KING,<br><br>           Plaintiff,<br><br>     v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>           Defendant. | No.  1:23-cv-00351-SAB<br><br>ORDER RE AMENDED STIPULATION FOR AWARD AND PAYMENT OF ATTORNEYS FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (28 U.S.C. §2412(d))<br><br>(ECF No. 23) |

On March 25, 2024, an order issued granting Plaintiff Krywan King's Social Security Appeal, the matter was remanded for further proceedings, and judgment was entered.  (ECF No. 19, 20.)  On May 21, 2024, a stipulation for attorney fees was filed and the Court denied the stipulation because it contained the name of a different plaintiff.  (ECF Nos. 21, 22.)  On May 22, 2024, an amended stipulation for the award and payment of attorney fees was filed.  (ECF No. 23.)

Based on the stipulation of the parties, IT IS HEREBY ORDERED that, pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412(d), attorney fees in the amount of **seven thousand four hundred and ninety-seven dollars and sixty cents ($7,497.60)** are awarded subject to the terms of the stipulation.

IT IS SO ORDERED.

Dated:   **May 22, 2024**

_____
UNITED STATES MAGISTRATE JUDGE